# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONNIE MILES**                                                                **PLAINTIFF**

**v.**                        **CASE NO. 3:10cv00055 BSM/JTK**

**JAILER HOLLIDAY**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the memorandum and order entered today, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE